**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
CHRISTINE MARIA MALFI,

                        Petitioner,

      -against-                                             23 **CIVIL** 5028 (JPO)

                                                                  **<u>JUDGMENT</u>**

UR M. JADDOU, et al.,

                        Respondents.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 18, 2024, Malfi's claim for declaratory relief are dismissed. The Government's motion to dismiss at ECF No. 11 is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      June 18, 2024

                                                                 **DANIEL ORTIZ**
                                                                **Acting Clerk of Court**

                                       **BY:**      *K. Mango*

                                                                   **Deputy Clerk**